STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
LOUIS WEISS, PLAINTIFF IN ERROR.

Argued October 19, 1943—Decided February 2, 1944.

For the defendant in error, *William A. Wachenfeld*.

For the plaintiff in error, *David Green* and *Harkavy &
Lieb*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DONGES, PERSKIE,
DEAR, WELLS, RAFFERTY, DILL, JJ.  7.

*For reversal*—CASE, HEHER, COLIE, HAGUE, JJ.  4.